

# INVOICE

**Octane5 International LLC**

2855 Marconi Drive, Suite 370
Alpharetta, GA 30005

| Date | Invoice # |
|---|---|
| 4/10/2015 | 5803 |

| Bill To | Ship To |
|---|---|
| Strategic Marketing Affiliates<br>8900 Keystone Crossing<br>Suite 605<br>Indianapolis, IN 46240 | |

| P.O. Number | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
| | Net 5 | 4/15/2015 | | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | Quarterly Technology Fee<br>April, May and June 2015 | 225,000.00 | 225,000.00T |
| | Sales Tax | 0.00% | 0.00 |

Thank you for your business.

If you have questions about your invoice please call 404-889-8665.

| | |
|---|---|
| **Total** | $225,000.00 |
| **Payments/Credits** | $0.00 |
| **BALANCE DUE** | $225,000.00 |