Received(Date): Mon, 2 Jun 2014 08:24:58 -0400
Subject: Fwd: Invoice 3723 from Octane5 International LLC
From: Accounting Department <accounting@octane5.com>
To: bbernard@smaworks.com
Bcc: doug@octane5.com
Inv_3723_from_Octane5_International_LLC_7324.pdf

Dear Mr. Bernard:

Your invoice is attached. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Octane5 International LLC
404-889-8665

--



OCTANE000894



Octane5 International LLC

2855 Marconi Drive, Suite 370
Alpharetta, GA 30005

# INVOICE

| Date | Invoice # |
|---|---|
| 6/1/2014 | 3723 |

| Bill To | Ship To |
|---|---|
| Strategic Marketing Affiliates<br>8900 Keystone Crossing<br>Suite 605<br>Indianapolis, IN 46240 | |

| P.O. Number | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
| | Net 30 | 7/1/2014 | | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | One-Time Technology Development Fee for SMAreports.com customizations | 50,000.00 | 50,000.00T |
| | Sales Tax | 0.00% | 0.00 |

Thank you for your business.

If you have questions about your invoice please call 404-889-8665.

| | |
|---|---|
| **Total** | $50,000.00 |
| **Payments/Credits** | $0.00 |
| **BALANCE DUE** | $50,000.00 |

OCTANE000895