Received(Date):    Tue, 1 Jul 2014 08:55:45 -0400
Subject:    Fwd: Invoice 3857 from Octane5 International LLC
From:    Accounting Department <accounting@octane5.com>
To:    Bob Bernard <bbernard@smaworks.com>
Bcc:    doug@octane5.com
Inv_3857_from_Octane5_International_LLC_3568.pdf

Dear Mr. Bernard :

Your invoice is attached. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Octane5 International LLC
404-889-8665


--

OCTANE000892



Octane5 International LLC

2855 Marconi Drive, Suite 370
Alpharetta, GA 30005

# INVOICE

| Date | Invoice # |
|---|---|
| 7/1/2014 | 3857 |

| Bill To | Ship To |
|---|---|
| Strategic Marketing Affiliates<br>8900 Keystone Crossing<br>Suite 605<br>Indianapolis, IN 46240 | |

| P.O. Number | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
|  | Net 30 | 7/31/2014 |  |  |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | Quarterly Technology Fee<br>Sales Tax | 75,000.00<br>0.00% | 75,000.00T<br>0.00 |

Thank you for your business.

If you have questions about your invoice please call 404-889-8665.

| | |
|---|---|
| **Total** | $75,000.00 |
| **Payments/Credits** | $0.00 |
| **BALANCE DUE** | $75,000.00 |