# Octane

Octane5 International LLC

2855 Marconi Drive, Suite 370
Alpharetta, GA 30005

**INVOICE**

| Date | Invoice # |
|---|---|
| 10/1/2014 | 4401 |

| Bill To | Ship To |
|---|---|
| Strategic Marketing Affiliates<br>8900 Keystone Crossing<br>Suite 605<br>Indianapolis, IN 46240 | |

| P.O. Number | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
|  | Net 30 | 10/31/2014 |  |  |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | Quarterly Technology Fee<br>Sales Tax | 75,000.00<br>0.00% | 75,000.00T<br>0.00 |

Thank you for your business.

If you have questions about your invoice please call 404-889-8665.

| | |
|---|---|
| **Total** | $75,000.00 |
| **Payments/Credits** | $0.00 |
| **BALANCE DUE** | $75,000.00 |