| | |
|---|---|
| **From:** | Laura Mobley <laura@octane5.com> |
| **To:** | Bob Bernard <bbernard@smaworks.com> |
| **BCC:** | doug@octane5.com |
| **Sent:** | 12/31/2014 10:34:27 AM |
| **Subject:** | Invoice 5055 |
| **Attachments:** | Invoice 5055.pdf |

Hi Bob,

Please find attached an invoice for services provided.

We appreciate your business.

Thank you,
Laura Mobley
Octane5 International LL

OCTANE000522



# INVOICE

Octane5 International LLC

2855 Marconi Drive, Suite 370
Alpharetta, GA 30005

| Date | Invoice # |
|---|---|
| 1/1/2015 | 5055 |

| Bill To | Ship To |
|---|---|
| Strategic Marketing Affiliates<br>8900 Keystone Crossing<br>Suite 605<br>Indianapolis, IN 46240 | |

| P.O. Number | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
| | Net 30 | 1/31/2015 | | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | Quarterly Technology Fee | 75,000.00 | 75,000.00T |
| | Sales Tax | 0.00% | 0.00 |

Thank you for your business.

If you have questions about your invoice please call 404-889-8665.

| | |
|---|---|
| **Total** | $75,000.00 |
| **Payments/Credits** | $0.00 |
| **BALANCE DUE** | $75,000.00 |

OCTANE000523